In the Matter of the Application of Max Blatt, Appellant, for a Peremptory Writ of Mandamus Against William F. Baker and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel R. Smith, Respondent, v. Frank E. Anderson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry Lubbee, an Infant, by John P. Lubbee, His Guardian ad Litem, Appellant, v. Mathew Hilgert and Hilgert Curative Footgear Institution, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Bernard M. Baruch, Appellant, v. Charles W. Hazeltine, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alexander Moss, Appellant, v. John O. Blanchard and William D. Page, Copartners, Doing Business as Blanchard & Page, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry F. Cleeve, Appellant, v. Carl Fischer-Hansen, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Cornelius A. Jackson.— Motion granted unless appellant have his appeal ready for October term.

The People of the State of New York v. Max Frey.— Motion granted.

The People of the State of New York v. Jacob Goldberg.— Motion granted.

The People of the State of New York v. Joseph Bennett.— Motion granted.

The People of the State of New York v. Julia Faber.— Motion granted.

Ernest McClure v. Jacob Schratweiser.— Motion granted, with ten dollars costs.

Thomas A. Rickert v. Henry White.— Motion granted, with ten dollars costs.

Union Surety Company v. Greater New York Amusement Company.— Motion granted, with ten dollars costs, unless appellant have its appeal ready for October term.

Milton L. Bouden v. Leander S. Sire.— Motion denied, with ten dollars costs.

Abraham N. Bresel v. Edward W. Browning.— Motion granted, with ten dollars costs.

George G. Dewsnap v. Moses Matthews.— Motion granted, with ten dollars costs.

Terence J. McManus v. American Woolen Company.— Motion denied, with ten dollars costs.

Asher Green v. Woolf Green and Others.— Motion granted, with ten dollars costs, unless appellant have his case on calendar for first Friday of June term.

The People of the State of New York ex rel. Cooper Union v. Frank Gass, Register, etc.— Motion denied.

La Roy S. Gove, as Trustee, v. Morton Trust Company and Others.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. James G. Collins v. John F. Ahearn, as President.— Motion denied, with ten dollars costs.

In the Matter of Lizzie Pender.— Motion granted, with ten dollars costs.